Martin G. Molina (California Bar No. 176934)
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street
Suite 100
San Diego, California 92101
Telephone: (619) 232-0620
Facsimile: (619) 233-4145

CJA Attorney for Defendant
SEVERO TELLEZ-MENDEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CASE NO. 08 CR 1947 L |
| ) | |
| Plaintiff,      ) | JOINT MOTION FOR |
| vs.           ) | CONTINUANCE OF SENTENCING |
| ) | HEARING |
| ) | |
| SEVERO TELLEZ-MENDEZ,          ) | Current Date: July 7, 2008 |
| ) | Time: 2:00 p.m. |
| Defendant.      ) | |
| ) | Prop. Date: July 14, 2008 |
| ) | Time: 8:30 a.m. |

    NOW COMES Defendant, Severo Tellez-Mendez, by and through his CJA court-appointed counsel, Martin G. Molina, and Plaintiff, the United States of America, by and through counsel, Caleb Mason, and herein jointly request this Court to continue the sentencing hearing currently set for July 7, 2008 at 2:00 p.m., to July 14, 2008 at 8:30 a.m.

    The basis for this request is that defense counsel will be undergoing an ambulatory surgical procedure in the area surrounding his left cheekbone on July 2, 2008 and is informed will sustain swelling and bruising for a period of five to ten days.   Defendant is in custody.

1  Respectfully submitted,

2

3  Dated: July 2, 2008

4

5

6

7  By: /s/ Martin G. Molina
8  Martin G. Molina
   mmolinaesq@yahoo.com
9  Attorney for Defendant
   SEVERO TELLEZ-MENDEZ
10

11

12

13  Dated:  July 2, 2008

14

15

16

17  By: /s/ Caleb Mason-electronic signature per telephonic authorization_____
    Caleb Mason
18  Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08 CR 1947 L |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| SEVERO TELLEZ-MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

   I hereby certify that on today's date, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing and a copy of such filing to the following:

CALEB MASON: caleb.mason@usdoj.gov, Efile.dkt.gc2@usdoj.gov

Date: July 2, 2008


By: /s/ Martin G. Molina
Martin G. Molina

08 CR 1947 L